# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 30, 2008

135351 & (17)

RONALD EDWARD ADAMUS,
    Plaintiff-Appellant,

v

DANIEL DALE BIGGER,
    Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135351
COA: 278724
Jackson CC: 06-002933-NI

On order of the Court, the motion for leave to file a supplement to the application for leave to appeal is GRANTED. The application for leave to appeal the October 18, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 30, 2008

_____
Clerk

p0423